## GREEN v. STATE.
No. 23320.

Court of Criminal Appeals of Texas.

April 3, 1946.

Alex P. Pope, of Tyler, for appellant.
Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant pleaded guilty before the court as a second offender against the local op-tion liquor laws and was by the court fined the sum of $200, and appeals.

There are no bills of exception nor statement of facts in the record. The proceedings appear to be regular, and no objection thereto seems to have been made.

The judgment is affirmed.